**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **RONNIE L. COLVIN,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **CIVIL ACTION 10-00455-WS-B** |
| **DARREN MORGAN,** *et al.,* | : | |
| **Defendants.** | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE** this 13th day of December**,** 2010.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE